■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS ADEYANKINNU, Appellant. [666 NYS2d 865] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Yates County Court, Falvey, J.—Attempted Assault, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Callahan and Fallon, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY ARNOLD, Appellant. [666 NYS2d 865] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Denman, P. J., Green, Hayes, Callahan and Fallon, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE BAKER, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Attempted Promotion Prison Contraband, 1st Degree.) Present—Green, J. P., Pine, Wisner, Callahan and Fallon, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE BARNES, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Connell, J.—Criminal Possession Weapon, 4th Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTON BOSTIC, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Lawton, Balio and Fallon, JJ.